UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STEELWORKERS on behalf of UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-01 AND UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-02 | : | CA 06 350 T |
| | : | **NOTICE OF REMOVAL** |
| v. | : | REMOVED FROM SUPERIOR COURT, STATE OF RHODE ISLAND, PROVIDENCE COUNTY |
| v. | : | |
| SOUTHERN UNION COMPANY d/b/a NEW ENGLAND GAS COMPANY | : | C.A. No. PC 2006-3669 |

**NOTICE OF REMOVAL**

Defendant Southern Union Company d/b/a New England Gas Company ("Southern Union"), by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court of the State of Rhode Island, County of Providence, to the United States District Court for the District of Rhode Island. Southern Union appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On July 12, 2006, Plaintiff served the Complaint and Jury Demand (the "Complaint") upon Southern Union in connection with the Action commenced in the Superior Court of the State of Rhode Island, County of Providence, Docket No. PC 2006-3669. The Complaint is the first pleading served upon Southern Union in the Action.

2. Southern Union has not served a responsive pleading to the Complaint and no orders have been issued in the Action.

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of

Removal is filed within 30 days after Southern Union's receipt of service of the Complaint.

4. Southern Union is incorporated in the State of Delaware.

5. Plaintiff, United Steelworkers, is a labor organization that is incorporated in the State of Pennsylvania. Plaintiff has filed this action on behalf of certain employees it represents. All of said employees are residents of Rhode Island or Massachusetts.

6. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C § 1441, in that the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. While the Complaint does not expressly plead the amount in controversy based on the allegations therein, the Plaintiff asserts an amount in controversy that exceeds $75,000, exclusive of interest and costs. *See* Affidavit of Richard Enright, Jr. attached hereto as **Exhibit A.**

8. Pursuant to 28 U.S.C. § 1446(d), Southern Union will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island, County of Providence, and will serve a copy of the same on counsel for Plaintiff.

9. Pursuant to Local Rule 36(b), attached as **Exhibit B** is a certified copy of the state court docket sheet.

10. Pursuant to Local Rule 36(b), attached as **Exhibit C** is every document in the state court record including a certified copy of the Complaint filed in this action.

11. Pursuant to local Rule 36(b), attached as **Exhibit D** is a copy of the Service of Process Transmittal Form and attached Complaint.

12. WHEREFORE, Southern Union respectfully removes the Action now pending in the Superior Court of the State of Rhode Island, County of Newport, Docket No. 05-0332, to the United States District Court for the District of Rhode Island.

Dated: Providence, Rhode Island
August 1, 2006

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

ROBERT P. BROOKS (#3721)
MICHAEL D. CHITTICK (#5967)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
E-mail: rbrooks@apslaw.com
E-mail: mchittick@apslaw.com
*Attorneys for Defendant, Southern Union Company d/b/a New England Gas Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2006, a copy of the foregoing was hand delivered to the following:

Richard M. Peirce, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

*389008_1.doc*