UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STEELWORKERS on behalf of UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-01 AND UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-02 | : | **C.A. No. 2006-** |
| v. | : | REMOVED FROM SUPERIOR COURT, STATE OF RHODE ISLAND, PROVIDENCE COUNTY |
| v. | : | |
| SOUTHERN UNION COMPANY d/b/a NEW ENGLAND GAS COMPANY | : | C.A. No. PC 2006-3669 |

**AFFIDAVIT OF RICHARD ENRIGHT, JR.**

I, Richard Enright, Jr., under oath, hereby swear and depose as follows:

1. I have been employed as Director of Customer Field Service for Defendant, Southern Union Company d/b/a New England Gas Company, since 2002.

2. In my capacity as Director of Customer Field Service for Defendant, I calculated the additional cost to Defendant for Sunday labor performed by employees represented by Plaintiff, United Steelworkers, if all work performed on Sundays by said employees within the past year was compensated at one and one-half times the employees' normal rates of pay. That additional cost is far in excess of $75,000. My calculations are shown on a spreadsheet attached hereto as **Exhibit 1**.

Richard Enright Jr.
RICHARD ENRIGHT, JR.

Subscribed and sworn to before me this 1st day of August, 2006.

LeeAnne Dunne
Notary Public
My commission expires on: 2/14/10

*389019_1.doc*