# Operations Summary for Sunday Work

## Present Cost Per Year by Department

| | |
|---|---|
| CFS | $266,449.56 |
| GC | $30,504.72 |
| C&M | $28,643.01 |
| Leak Survey | $23,553.92 |
| Total | $349,151.21 |

## Cost for Time and 1/2

| | |
|---|---|
| CFS | $351,934.44 |
| GC | $38,543.09 |
| C&M | $38,896.42 |
| Leak Survey | $31,774.08 |
| Total | $461,148.03 |

## Cost for Time and 1/2 with Shift Premium

| | |
|---|---|
| CFS | $399,674.08 |
| GC | $45,757.08 |
| C&M | $42,964.51 |
| Leak Survey | 35,330.88 |
| Total | $523,726.55 Note: This is what they're looking for. |

## Total Additional Cost to Operations

$174,575.34

# Sunday Labor

| | techs | daily hours | hours worked | straight | Time * 1/2 | Sunday premium | shift differencial | rate per hour | Current Pay | rate per hour | With time * 1/2 | rate per hour | Time 1/2 + Sunday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Dispatch Sunday Staffing** | | | | | | | | | | | | | |
| shift 1 | 2 | 8 | 16 | $ 30.21 | 150% | $ 2.85 | | $ 33.06 | $ 528.96 | $ 45.32 | $ 725.04 | $ 49.59 | $ 793.44 |
| shift 2 | 2 | 8 | 16 | $ 30.21 | 150% | $ 2.85 | 107% | $ 35.37 | $ 565.99 | $ 48.49 | $ 775.79 | $ 53.06 | $ 848.98 |
| shift 3 | 2 | 8 | 16 | $ 30.21 | 150% | $ 2.85 | 107% | $ 35.37 | $ 565.99 | $ 48.49 | $ 775.79 | $ 53.06 | $ 848.98 |
| **Providence Techs** | | | | | | | | | | | | | |
| | | | | A rate | | | | | | | | | |
| shift 1 | 5 | 8 | 40 | $ 28.78 | 150% | $ 2.85 | | $ 31.63 | $ 1,265.20 | $ 43.17 | $1,726.80 | $ 47.45 | $1,897.80 |
| shift 2 | 2 | 8 | 16 | $ 28.78 | 150% | $ 2.85 | 107% | $ 33.84 | $ 541.51 | $ 46.19 | $ 739.07 | $ 50.77 | $ 812.26 |
| shift 3 | 2 | 8 | 16 | $ 28.78 | 150% | $ 2.85 | 107% | $ 33.84 | $ 541.51 | $ 46.19 | $ 739.07 | $ 50.77 | $ 812.26 |
| **Cumberland Techs** | | | | | | | | | | | | | |
| | | | | A rate | | | | | | | | | |
| shift 1 | 2 | 8 | 16 | $ 26.20 | 150% | 130% | | $ 34.06 | $ 544.96 | $ 39.30 | $ 628.80 | $ 51.09 | $ 817.44 |
| shift 2 | 2 | 8 | 16 | $ 26.20 | 150% | 130% | $ 1.20 | $ 35.62 | $ 569.92 | $ 41.10 | $ 657.60 | $ 53.43 | $ 854.88 |
| shift 3 | call-out | | | | | | $ 1.20 | $ - | | | | | |
| **Total Cost for One Sunday** | | | | | | | | | $ 5,124.03 | | $6,767.97 | | $7,686.04 |
| | | | | | | | **Present Cost per Year** | | $266,449.56 | | | | |
| | | | | | | | **Cost for time 1/2** | | $351,934.44 | | | | |
| | | | | | | | **Cost for time 1/2&Prem** | | $399,674.08 | This is what the Local is looking for. | | | |
| **Total Additional Cost To CFS** | | | | | | | | | $133,224.52 | | | | |

# Sunday Labor

| | techs | daily hours | hours worked | straight | Time * 1/2 | Sunday premium | shift differencial | rate per hour | Current Pay | rate per hour | With time * 1/2 | rate per hour | Time 1/2 + Sunday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Exeter LNG** | | | | | | | | | | | | | |
| shift 1 | 1 | 12 | 12 | $ 28.79 | 150% | $ 2.85 | | $ 31.64 | $ 379.68 | $ 43.19 | $ 518.22 | $ 47.46 | $ 569.52 |
| shift 2 | 1 | 12 | 12 | $ 28.79 | 150% | $ 2.85 | 107% | $ 33.85 | $ 406.26 | $ 46.21 | $ 554.50 | $ 50.78 | $ 609.39 |
| shift 3 | 1 | 8 | 8 | $ 28.79 | 150% | $ 2.85 | 107% | $ 33.85 | $ 270.84 | $ 46.21 | $ 369.66 | $ 50.78 | $ 406.26 |
| **Cumberland LNG** | | | | | | | | | | | | | |
| shift 1 | 1 | 8 | 8 | $ 30.51 | 150% | 130% | | $ 39.66 | $ 317.30 | $ 45.77 | $ 366.12 | $ 59.49 | $ 475.96 |
| shift 2 | 1 | 8 | 8 | $ 30.51 | 150% | 130% | $ 1.20 | $ 41.22 | $ 329.78 | $ 47.57 | $ 380.52 | $ 61.83 | $ 494.68 |
| shift 3 | 1 | 8 | 8 | $ 30.51 | 150% | 130% | $ 1.20 | $ 41.22 | $ 329.78 | $ 47.57 | $ 380.52 | $ 61.83 | $ 494.68 |
| **Total Cost for One Sunday** | | | | | | | | | $ 2,033.65 | | $ 2,569.54 | | $ 3,050.47 |

**15 Sundays in a winter**

| | | |
|---|---|---|
| **Present Cost per Year** | $30,504.72 | |
| **Cost for time 1/2** | $38,543.09 | |
| **Cost for time 1/2&Prem** | $45,757.08 | This is what the Local is looking for. |

**Total Additional Cost To GC** **$15,252.36**

# Sunday Labor

| | techs | daily hours | hours worked | straight | Time * 1/2 | Sunday premium | shift differencial | rate per hour | Current Pay | rate per hour | With time * 1/2 | rate per hour | Time 1/2 + Sunday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Providence C&M Crews** | | | | | | | | | | | | | |
| **Call- In Crews Only** | | | | A rate | | | | | | | | | |
| Crew Member # 1 Union Crew Leader | call-out | 8 | 8 | $ 31.84 | 150% | $ 2.85 | 107% | $ 34.69 | $ 277.52 | $ 47.76 | $ 382.08 | $ 52.04 | $ 416.28 |
| Crew Member # 2 Union C&M Fitter | call-out | 8 | 8 | $ 27.44 | 150% | $ 2.85 | 107% | $ 32.41 | $ 259.28 | $ 44.04 | $ 352.33 | $ 48.62 | $ 388.92 |
| Crew Member # 4 Union | call-out | 8 | 8 | $ 24.48 | 150% | $ 2.85 | 107% | $ 29.24 | $ 233.94 | $ 39.29 | $ 314.32 | $ 43.86 | $ 350.92 |
| Other Support Personnel - Union | call-out | 8 | 8 | $ 25.72 | 150% | $ 2.85 | 107% | $ 30.57 | $ 244.56 | $ 41.28 | $ 330.24 | $ 45.85 | $ 366.84 |
| | | 32 | 32 | | | | | | $ 1,015.31 | | $ 1,378.98 | | $ 1,522.96 |
| **Number of call-ins on Sunday during year** | 26 weeks | | 832 hours | | | | | | $ 26,397.97 | | $ 35,853.42 | | $ 39,596.96 |
| **Cumberland C&M Crews** | | | | | | | | | | | | | |
| **Call- In Crews Only** | | | | A rate | | | | | | | | | |
| ***Crew Member # 1 Mang*** | call-out | 8 | 8 | $ 31.61 | N/A | N/A | | N/A | N/A | N/A | N/A | N/A | N/A |
| Crew Member # 2 Union | call-out | 8 | 8 | $ 22.20 | 150% | $ 2.85 | 107% | $ 26.80 | $ 214.43 | $ 35.63 | $ 285.05 | $ 40.21 | $ 321.64 |
| Crew Member # 3 Union | call-out | 8 | 8 | $ 21.19 | 150% | $ 2.85 | 107% | $ 25.72 | $ 205.78 | $ 34.01 | $ 272.08 | $ 38.58 | $ 308.67 |
| Other Support Personnel - Union | call-out | 8 | 8 | $ 18.46 | 150% | $ 2.85 | 107% | $ 22.80 | $ 182.41 | $ 29.63 | $ 237.03 | $ 34.20 | $ 273.62 |
| | | 32 | 32 | | | | | | $ 602.62 | | $ 794.15 | | $ 903.94 |
| | 26 weeks | | 832 hours | | | | | | $ [illegible] | | $ [illegible] | | $ 23,502.34 |
| **Total Cost for One Sunday** | | | | | | | | | $ [illegible] | | $ 38,886.42 | | $ 42,964.51 |

| | |
|---|---|
| **Present Cost per Year** | $ [illegible] |
| **Cost for time 1/2** | $ [illegible] |
| **Cost for time 1/2&Prem** | $ 42,964.51 |

This is what the Local is looking for.

## Total Additional Cost To C&M

$ 14,321.50

# Sunday Labor Leak Survey

| | techs | daily hours | hours worked | straight | Time * 1/2 | Sunday premium | shift differencial | rate per hour | Current Pay | rate per hour | With time * 1/2 | rate per hour | Time 1/2 + Sunday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Leak Survey** | | | | | | | | | | | | | |
| shift 1 | 2 | 8 | 16 | $ 25.46 | 150% | $ 2.85 | | $ 28.31 | $ 452.96 | $ 38.19 | $ 611.04 | $ 42.47 | $ 679.44 |
| **Total Cost for One Sunday** | | | | | | | | | $ 452.96 | | $ 611.04 | | $ 679.44 |
| **Present Cost per Yeai** | | | | | | | | | $23,553.92 | | $ 31,774.08 | | $ 35,330.88 |
| **Cost for time 1/2** | | | | | | | | | $31,774.08 | | | | |
| **Cost for time 1/2&Prei** | | | | | | | | | $35,330.88 | This is what the Local is looking for. | | | |
| **Total Additional Cost To Leak Survey** | | | | | | | | | **$11,776.96** | | | | |