RMP:JAM – 297852
201-162 (7/5/06)

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**UNITED STEELWORKERS on behalf of UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-01 AND UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-02**

**VS.**

**C.A. NO: PC06-**3669

**SOUTHERN UNION COMPANY d/b/a NEW ENGLAND GAS COMPANY**

## COMPLAINT

### Parties

1. The Plaintiff, the United Steelworkers ("Union"), is a labor organization organized under the laws of the United States and whose membership includes Rhode Island residents.

2. The Defendant, Southern Union Company d/b/a New England Gas Company ("Gas Company"), is a Delaware corporation registered to do business in Rhode Island.

3. Section 28-8-2 of the Rhode Island General Laws provides that a labor organizations may sue as a legal entity for the benefit and on behalf of the employees whom it represents in the Superior Court of the State of Rhode Island having jurisdiction of the parties

### Background

4. The Union is the exclusive collective bargaining agent for certain employees of the Gas Company.

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FILED
HENRY S. KINCH JR., CLERK
2006 JUL 11 P 3:50

5. The Union on behalf of United Steelworkers of America, Local 12431-01 and the Gas Company are parties to a collective bargaining agreement the term of which expires on May 28, 2007.

6. The Union on behalf of United Steelworkers of America Local 12431-02 and the Gas Company are parties to a collective bargaining agreement the term of which expires on July 31, 2007.

7. The certain employees of the Gas Company who are represented by the Union perform work for the Gas Company on Sundays.

8. Section 25-3-3 of the Rhode Island General Laws requires that work performed by employees on Sundays and Holidays must be paid for at least one and one half times the normal rate of pay for the work performed.

9. The employees of the Gas Company represented by the Union are "employees" within the meaning of Chapter 25-3 of the Rhode Island General Laws.

10. The Gas Company is an "employer" within the meaning of Chapter 25-3 of the Rhode Island General Laws.

11. Section 28-14-18.1 of the Rhode Island General Laws entitles a person alleging a violation of Chapter 28-14 to bring a civil action for damages and/or injunctive relief in the Superior Court for the county where the alleged violation occurred, the county where the complainant resides, or the county where the person against whom the civil complaint resides or has his or her principal place of business.

12. Section 28-14-18.4 of the Rhode Island General Laws extends the relief afforded by Section 28-14-18.1 and Section 28-14-18.2 to violations of Chapter 23 of Title 5 of the Rhode Island General Laws

13. Within the prior year, the Gas Company has failed to pay employees, represented by the Union, who have performed work on a Sunday, one and one half times the normal rate of pay.

**COUNT I.**

14. Plaintiff Union restates Paragraphs 1 through 13 as if fully set forth herein.

15. The Gas Company's failure to pay employees, represented by the Union, who have performed work on Sunday one and a one half times their normal rate of pay violates Section 25-3-3 of the Rhode Island General Laws and entitles those employees to relief under Section 28-14-18.1 and 28-14-18.2.

WHEREFORE, Plaintiff Union demands judgment against Southern Union Company d/b/a New England Gas Company, plus interest, costs and reasonable attorneys' fees.

Plaintiff demands a jury trial on all issues triable to a jury and designates Richard M. Peirce, Esq. as trial counsel.

UNITED STEELWORKERS

By its Attorneys

Richard M. Peirce, Esq. #0564
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE
10 Weybosset Street
Providence, RI 02903
(401) 521-7000

Date: July 11, 2006.