RMP:JAM – 301193
201-162 (8/17/06)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STEELWORKERS on behalf of UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-01 AND UNITED STEELWORKERS OF AMERICA LOCAL UNION 12431-02**

**VS.** **C.A. NO. 06-350T**

**SOUTHERN UNION COMPANY d/b/a NEW ENGLAND GAS COMPANY**

**Removed from Superior Court, State of Rhode Island Providence County C.A. No. PC 2006-3669**

## NOTICE OF DISMISSAL

Take notice, that Plaintiff, United Steelworkers, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: August 18, 2006

UNITED STEELWORKERS

By its Attorneys

/s/ Richard M. Peirce
Richard M. Peirce, Esq. #0564
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street
Providence, RI 02903
(401) 521-7000
Fax: (401) 521-1328
Email: rpeirce@rcfp.com

CERTIFICATE OF SERVICE

I herby certify that on the 18th day of August, 2006, I served a true copy of the within via electronic mail on Robert P. Brooks, Esq., Adler, Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903; rbrooks@apslaw.com

_/s/_Richard M. Peirce________