CERTIFICATE OF SERVICE

I herby certify that on the 18th day of August, 2006, I served a true copy of the within via electronic mail on Robert P. Brooks, Esq., Adler, Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903; rbrooks@apslaw.com

/s/ Richard M. Peirce